No. 88–1368.   CONNOLLY ET AL. v. MARYLAND CASUALTY CO. C. A. 11th Cir.   Certiorari denied.

No. 88–1370.   GALLO ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 88–1372.   COMUNI-CENTRE BROADCASTING, INC. v. FEDERAL COMMUNICATIONS COMMISSION.   C. A. D. C. Cir.   Certiorari denied.

No. 88–1375.   VALDEZ v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 88–1386.   GOICHMAN v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 88–1387.   KINSEY v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 88–1389.   SWEARINGEN v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 88–5043.   LANDRY v. HOEPFNER, JUDGE.   C. A. 5th Cir. Certiorari denied.

No. 88–5231.   BOUDETTE v. ARIZONA.   Super. Ct. Ariz., Maricopa County.   Certiorari denied.

No. 88–5887.   COFIELD v. THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 88–5898.   BENNAFIELD v. CITY OF CANTON POLICE DEPARTMENT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–5939.   McFADDEN v. CABANA, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.   C. A. 5th Cir.   Certiorari denied.

No. 88–5970.   KRISHNAN v. JULIUS.   Sup. Ct. Cal.   Certiorari denied.